IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DANIEL PAUL COPPLE**                                                **PETITIONER**

**V.**                                 **CIVIL ACTION NO.: 1:18CV89-GHD-DAS**

**MARSHAL TURNER and**
**ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI**      **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Copple's federal habeas petition is **DISMISSED WITH PREJUDICE**, and a Certificate of Appealability from this decision is **DENIED**.

SO ORDERED this 14th day of August, 2018.

_____
SENIOR U.S. DISTRICT JUDGE