# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris  
Clerk of the Court  
(202) 479-3011

January 13, 2020

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

  Re: Daniel Paul Copple
     v. Pelicia Hall, Commissioner, Mississippi Department of
     Corrections
     No. 19-6460
     (Your No. 18-60644)

Dear Clerk:

  The Court today entered the following order in the above-entitled case:

  The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

Scott S. Harris, Clerk

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 14, 2020

Mr. David Crews
Northern District of Mississippi, Aberdeen
United States District Court
301 W. Commerce Street
Aberdeen, MS 39730

    No. 18-60644   Daniel Copple v. Pelicia Hall, Commissioner
                      USDC No. 1:18-CV-89

Dear Mr. Crews,

Enclosed is a copy of the Supreme Court order denying certiorari.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          */s/ Stacy Carpenter*
By: _____
Stacy M. Carpenter, Deputy Clerk